IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MONICA GARZA                                                                    PLAINTIFF

V.                              CASE NO. 2:17-CV-00208-BD

SOCIAL SECURITY ADMINISTRATION                                  DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

SO ORDERED, this 26th day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE